## CHRISTIAN TROUTMAN *et al.*
### *v.*
## LORENTZ SCHÆFFER.

MORTGAGE—*foreclosure*—*description of premises.* It is erroneous to enter a decree of foreclosure of a mortgage, upon premises not mentioned in the mortgage.

WRIT OF ERROR to the Circuit Court of Tazewell county; the Hon. DAVID DAVIS, Judge, presiding.

This was a bill in chancery to foreclose a mortgage upon the south half of the *south-west* quarter of Section twenty-eight, Township 26 north, of Range 4 west of the third principal meridian.

A decree was entered, directing the sale of the south half of the *south-east* quarter of the same section. The defendants below bring this writ of error to reverse that decree; and assign that the court below erred in decreeing the sale of the south half of the *south-east* quarter of said section, there being no allegation or proof that the parcel decreed to be sold was intended to be included in the mortgage.

Matthias et al. *v.* Cook.

Mr. B. S. Prettyman, for plaintiffs in error.

Mr. Chief Justice Caton delivered the opinion of the Court.

A single word will dispose of this case. The decree is for a foreclosure of the mortgage upon premises not mentioned in the mortgage. This is probably a clerical mistake, but the error is none the less fatal.

The decree is reversed, and the suit remanded.

*Decree reversed.*